IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRIAN COHEN, )<br>)<br>      Petitioner, )<br>)<br>  vs. )<br>)<br>PA. BD. OF PROBATION & PAROLE, )<br>et al., )<br>      Respondents. ) | CIVIL ACTION NO. 04-283E |

## NOTICE OF SUBSTITUTION OF APPEARANCE

Please withdraw the appearance of Robert Englesberg, Senior Deputy Attorney General, and substitute Scott A. Bradley, Senior Deputy Attorney General on behalf of Defendant the Pennsylvania Board of Probation & Parole in the above captioned case.

                                       Respectfully submitted,

                                       THOMAS W. CORBETT, JR.,
                                       Attorney General

                        By:    s/Scott A. Bradley
                                Scott A. Bradley
                                Senior Deputy Attorney General
                                PA I.D. # 44627

                                Susan J. Forney
                                Chief Deputy Attorney General
                                Chief, Litigation Section

OFFICE OF ATTORNEY GENERAL
6th Floor, Manor Complex
564 Forbes Avenue
Pittsburgh, PA 15219

Date: July 22, 2005

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on July 22, 2005 a true and correct copy of the foregoing Notice of Substitution of Appearance was electronically filed with the Clerk of Court using the CM/ECF system, and the document was mailed by United States Postal Service to the following non CM/ECF participants:

Brian Cohen BV-4156
SCI-Albion
10745 Route 18
Albion, PA 16475-0002

/sScott A. Bradley_____
Scott A. Bradley
Senior Deputy Attorney General

OFFICE OF ATTORNEY GENERAL
6th Floor, Manor Complex
564 Forbes Avenue
Pittsburgh, PA 15219
Phone:  (412) 565-3586
Fax:     (412) 565-3019

Date:  July 22, 2005