

CA 04-283 E

# COMMONWEALTH OF PENNSYLVANIA
# BOARD OF PROBATION AND PAROLE

1101 S. Front Street
Harrisburg, Pa. 17104 - 2519

### NOTICE OF BOARD DECISION

NAME: BRIAN COHEN
INSTITUTION:  SCI - ALBION

PAROLE NO:   2802U
INSTITUTION NO:   BV4156

AS RECORDED ON JULY 07, 2005 THE BOARD OF PROBATION AND PAROLE RENDERED THE FOLLOWING DECISION IN YOUR CASE:

FOLLOWING AN INTERVIEW WITH YOU AND A REVIEW OF YOUR FILE, AND HAVING CONSIDERED ALL MATTERS REQUIRED PURSUANT TO THE PAROLE ACT, THE BOARD OF PROBATION AND PAROLE, IN THE EXERCISE OF ITS DISCRETION,  HAS DETERMINED AT THIS TIME THAT: YOUR BEST INTERESTS DO NOT JUSTIFY OR REQUIRE YOU BEING PAROLED/REPAROLED; AND, THE INTERESTS OF THE COMMONWEALTH WILL BE INJURED IF YOU WERE PAROLED/REPAROLED.  THEREFORE, YOU ARE REFUSED PAROLE/REPAROLE AT THIS TIME. THE REASONS FOR THE BOARD'S DECISION INCLUDE THE FOLLOWING:

THE RECOMMENDATION MADE BY THE DEPARTMENT OF CORRECTIONS.

YOUR PRIOR HISTORY OF SUPERVISION FAILURE(S).

YOUR NEED TO PARTICIPATE IN AND COMPLETE ADDITIONAL INSTITUTIONAL PROGRAMS.

YOUR INSTITUTIONAL BEHAVIOR, INCLUDING REPORTED MISCONDUCTS OR CCC FAILURE.

YOUR INTERVIEW WITH THE HEARING EXAMINER AND/OR BOARD MEMBER.

YOU WILL BE REVIEWED IN OR AFTER MAY, 2006.
AT YOUR NEXT INTERVIEW, THE BOARD WILL REVIEW YOUR FILE AND CONSIDER:

WHETHER YOU HAVE PARTICIPATED IN/SUCCESSFULLY COMPLETED A TREATMENT PROGRAM FOR:

(CONTINUE ON PAGE 2)

PAROLE VIOLATION MAX DATE:   10/21/2011

CLIENT COPY
BRIAN COHEN     BV4156
10745 ROUTE 18
ALBION, PA  16401

16401

PAROLE NO:  2802U

(CONTINUED FROM PAGE 1)
SEX OFFENDERS.

WHETHER YOU HAVE RECEIVED A FAVORABLE RECOMMENDATION FOR PAROLE FROM THE
DEPARTMENT OF CORRECTIONS.

WHETHER YOU HAVE MAINTAINED A CLEAR CONDUCT RECORD AND COMPLETED THE
DEPARTMENT OF CORRECTIONS' PRESCRIPTIVE PROGRAM(S).

KLD  07/07/2005

PAROLE VIOLATION MAX DATE:   10/21/2011

CLIENT COPY
BRIAN COHEN      BV4156
10745 ROUTE 18
ALBION, PA  16401

16401

Lawrence F. Murray
Board Secretary

Notice of Board Decision
PBPP 15(08/02) 2 of 2

## PRESCRIPTIVE TREATMENT PROGRAM EVALUATION

Inmate Name _B Cohen_____ Inmate #_BI 514_ DOB: _____ INST: _Albion_

Program Category: ☐ Work/Education        ☐ Family Relationship/Self
          ☐ Citizenship        ☒ Offense Related        ☐ Release Planning

Program Name: _SOP Lifeline_ Date Program Completed/Failure to Complete: _6-28-05_
                                                                  (Circle One)
Number of Program Sessions: _17_ Number of Sessions Attended: _18_ Length of Session: _2.0 hrs_

Current phase of therapeutic community: (if applicable) _____

Reason for Failure to Complete the Program:
          ☐ Transfer        ☐ Writ        ☐ Other _____
          ☐ Misconduct      ☐ Disruptive
          ☐ Self Removal    ☐ Mental Health Commitment
Comments:_____
_____

Attendance:
          ☐ Excellent  (no absences)
          ☒ Good       (less than 10% of sessions missed)
          ☐ Poor       (missed more than 10% of sessions)
Comments:_____
_____

Knowledge Acquired:
          ☐ Excellent (Score of 90% or above on teaching objectives)
          ☒ Good       (Score of 70% or above on teaching objectives)
          ☐ Poor       (Score of 69% or below on teaching objectives)
Comments: _Homework was submitted in a timely_
_manner. Group participation is good_

Integrated the information into his/her lifestyle:    (Subjective Assessment)
          ☐ Excellent  (Clearly understands the impact of his/her crime on victim, family,
                        community and self.  Applies concepts of program to help define
                        risks of re-offending and positively change his/her lifestyle)
          ☒ Good (Made an effort to understand and apply the concepts to his/her lifestyle)
          ☐ Poor (Lack of effort to understand and apply the concepts to his/her lifestyle)
Comments: _Has a good understanding of his_
_triggers, high risk factors and cycle_
_of abuse._

Overall Assessment:
          ☐ Excellent
          ☒ Successful Completion
          ☐ Marginal Completion
          ☐ Failure
Comments: _Promoted to Maintenance SOP. Inmate_
_will benefit from follow-up treatment in_
_the community._

cc: Inmate, DC-14, DC-15, Medical Record   _____   _6-28-05_
                                    **Completed By**          **Date**

Clerk of Court:

Please attach copies of parole Document, and a copie of completion of treatment group (SOP-CORE) Evidentance is to show the court that the parole broad did not reconize my evaluation of completion of program. And the reasons given are the same as the last green sheet, its all arbitrary ~~and~~ excuse's to deny the petitioner parole. Petitioner also believes the PBPP is ~~retaliting~~ retaliating because of his petition. CV No# 04-283E, Please attach evidence to petition.

Respectfully,

Brian Cohen
BV-4156
7/31/05