CA 04-283 E

To the Clerk of Court:

8/9/05, At my staffing today for an outside custody level. My counselor informed me that the reason I recived a parole refuseal, is because the PBPP is still claiming that I either committed a crime or did something to my former girlfriend. They have a police report that their using against me. And the PBPP could have contacted their agent at the court house for the deposition, that clearly states, no crime was committed. Petitioner is referring to the open case that was disposed of Feb. 2004. Now petitioner feels he's being persecuted by the PBPP, and no one is willing to stop them from doing unlawful acts against me. Unless the PBPP is trying to force the petitioner to admitt to this now non existent crime, that he "(did not)" committ. Please attach this letter and its contents as evidence to the petitioner's petition.

Respectfully,

Brian Cohen
BV-4156
8/9/05

Clerk of Court!

Please!
Attach this information to my petition, that's in front of Judge Baxter. (Case No # 04-cv-00283-SJM-SPB.) This information is more evidence for my case.

Respectfully,

Brian Cohen
BV-4156
8/12/05