CA 04-283 E

Please attach all information sent by the petitioner to his Habeas Corpus petition no#
C.A. No# 04-283 Erie.
And the petitioner request a redson, why his petition is taking a long time to be heard.
The petitioner also request a speedy hearing date.
It's been more then a year since my petition was filed.

Thank you,

Brian Cohen
BV-4156
10/13/05