IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRIAN COHEN, )<br>　　　　　　　　Petitioner, )<br>　　　v. )<br>　　　　　　　　　　　　　　　　)<br>PENNSYLVANIA BD OF PROBATION )<br>AND PAROLE, )<br>　　　　　　　　Respondent. ) | C.A. No. 04-283 Erie<br>District Judge McLaughlin<br>Magistrate Judge Baxter |

## O R D E R

AND NOW, this 18th day of October, 2005;

IT IS HEREBY ORDERED that Petitioner's motion for an evidentiary hearing [Document # 18] is DENIED.  In the event that an evidentiary hearing is needed, one will be ordered by this Court.

　　　　　　　　　　　　　　　　　　S/ Susan Paradise Baxter
　　　　　　　　　　　　　　　　　　SUSAN PARADISE BAXTER
　　　　　　　　　　　　　　　　　　Chief United States Magistrate Judge